UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case: 1:26-mj-000002 |
| v. | ) Assigned To: Judge Faruqui, Zia M. |
| | ) Assign. Date: 1/13/2026 |
| DANIEL CRUZ RAMIREZ | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant.* | ) |

AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT & ARREST WARRANT

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint charging Daniel Cruz

RAMIREZ with Sexual Exploitation of a Minor in violation of 18 U.S.C. § 2251(a).

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was

made, that statement is described in substance and is not intended to be a verbatim recitation of

such statement.  Wherever in this affidavit I quote statements, those quotations have been taken

from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are

based on my training, experience, and knowledge of the investigation, and reasonable inferences

I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4.      I am a Detective with the Metropolitan Police Department of the District of

Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as

a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC

Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against

Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual

exploitation of children and online offenses involving children, including the production,

advertisement, transportation, distribution, receipt, and possession of child pornography. During

my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third

District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau

Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD)

where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the

task force. I have gained experience through training with the MPDC and in my everyday work

related to conducting these types of investigations. Moreover, I am a law enforcement officer

who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251(d)

"Advertisement of Child Pornography,"18 U.S.C. § 2252(a)(2)(A) "Distribution of Child

Pornography," and 18 U.S.C. § 2252(a)(4)(b)(i) "Possession of Child Pornography." As such, I

am "an investigative or law enforcement officer" of the United States within the meaning of Title

18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered

by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516

of Title 18, United States Code.

     5.     The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents, witnesses, and agencies. This affidavit

is intended to show merely that there is sufficient probable cause for the requested warrant. It

does not set forth all of my knowledge, or the knowledge of others, about this matter.

     6.     Based on my training and experience and the facts as set forth in this affidavit, I

respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(a)

(the "Target Offense") have been committed by Daniel Cruz RAMIREZ ("the Subject") and others known and unknown.

## PROBABLE CAUSE

7.      On September 14, 2025, Witness-1 notified law enforcement that on September 13, 2025, she found her 14-year-old daughter (hereinafter Minor Victim 1 or MV1) and an adult male naked in the daughter's bed. Officers responding to Witness-1's home in Washington, D.C. interviewed MV1, who disclosed that she had sex with the adult male. The adult male was subsequently identified as Daniel Cruz RAMIREZ, DOB ███████████████.

8.      On September 14, 2025, a Youth and Family Engagement Division Detective interviewed MV1.  MV1 was visibly upset and cried during the interview.  MV1 reported that she met RAMIREZ when she was 12 years old.

9.      She disclosed that they engaged in sexual intercourse on two separate occasions, the first time between February and May 2024, and the second time on September 13, 2025.  MV1 reported that she and RAMIREZ were asleep when Witness One came into the room and started screaming at them.  MV1 reported that she, RAMIREZ, and her parents all talked about the situation and that she and RAMIREZ apologized to her parents.  MV1 identified RAMIREZ as Daniel Cruz Ramirez and described him as having hazel eyes, an athletic build, curly wavy hair, and approximately 6'0" in height.  She reported that he works in construction and drives a light blue Toyota.  MV1 reported that she thought the situation was all fine after they talked with her parents.

10.      On September 14, 2025, a Youth and Family Engagement Division Detective conducted an interview with Witness One.  Witness One spoke in Spanish, and a Fourth District Officer provided Spanish-language interpretation.  Witness One relayed that she woke up to use

the bathroom and then was looking for medicine for her younger child.  She reported that she went into MV1's room and saw the feet of a man in MV1's bed.  She reported that she pulled off the blanket and observed RAMIREZ and MV1, both of whom were naked.

11.     Witness One reported that she and MV1's father, along with MV1 and RAMIREZ, talked shortly after she found them in bed.  She reported that she recorded the interaction.  Witness One relayed that RAMIREZ told them he would be responsible for MV1.

12.     Witness One reported that she has known RAMIREZ for approximately two years, and that they attend the same church.  She also reported that RAMIREZ is a friend to her youngest son.

13.     A Youth and Family Engagement Division Detective watched the video provided by Witness One. In the video, RAMIREZ is seen standing next to the MV1, who is sitting on her bed, and holding her hand.  Both parties are fully clothed.  All parties were speaking in Spanish.

14.     MV1 was brought to Children Nationals Medical Center (CNMC) and consented to a Sexual Assault Nurse Examiner (SANE) conducting a sexual assault examination of her and using a Physical Evidence Recovery Kit (PERK).  Per the SANE's Report, MV1 disclosed to the Nurse Examiner that she had sex with RAMIREZ.  MV1 identified the person she had sex with as her boyfriend and provided his age as 27.  MV1 also disclosed that RAMIREZ used a condom and ejaculated.

15.     On September 23, 2025, a Youth and Family Engagement Division Detective conducted an interview with a member of the MV1's church.  The church member will hereafter be referred to as Witness Two.  Witness Two reported that on the morning of September 13, 2025, MV1's parents contacted her parents about MV1 and RAMIREZ.  Witness Two reported that MV1, her parents, and RAMIREZ came to meet with her parents because MV1's parents feared

calling the police. Witness Two reported that when she and her parents learned what had occurred, they encouraged MV1's parents to call the police

16.      Witness Two reported that MV1 is a member of the church's kids' ministry, and RAMIREZ is a part of the worship ministry, and every Sunday, he is at the altar singing.  She reported that RAMIREZ has been a member of the church for at least one year.

17.      On October 15, 2025, MV1 was forensically interviewed at Safeshores located at the D.C. Children's Advocacy Center (CAC).   MV1 disclosed she met RAMIREZ approximately one and a half years ago at church.  She reported that they got to know each other every Sunday and Wednesday while at church services.  He began taking her home from church after she finished her church activities, and they soon began communicating via WhatsApp, a messaging and audio/video calling application.  MV1 reported that on the first day of 8th grade, RAMIREZ told her that he liked her, and they then began talking about becoming a couple.

18.      MV1 disclosed that on September 16, 2024, RAMIREZ came to her house in Washington, D.C.  She reported that they watched a movie, began kissing, and had sex.  MV1 disclosed that the second time that she and RAMIREZ had sex was on September 13, 2025.  She reported that both events occurred in her bedroom.

19.      MV1 reported that RAMIREZ knew her age because they had conversations about it. She reported that RAMIREZ initially believed she was 15 years old when they met but she told him she was 13.  She reported that he would tell her that he was afraid that they had a huge age difference and that he wanted her to tell her parents, but she did not want to tell her parents.

20.      MV1 reported that RAMIREZ also took her to his residence in Brandywine, Maryland, but that they only kissed at that location, and did not engage in any sexual activity.

21.      Following the forensic interview, a Youth and Family Engagement Division

Detective showed MV1 a photograph of RAMIREZ.  MV1 looked at the photograph and identified the individual as Daniel Ivan Cruz Ramirez.

22.     On November 19, 2025, an arrest warrant for RAMIREZ was issued by D.C. Superior Court for two counts of First Degree Child Sexual Abuse.

23.     On January 5, 2026, RAMIREZ was located at 6961 Hechinger Drive in Springfield, Virginia by members of the United States Marshals Service (USMS) Capital Area Regional Fugitive Task Force (CARFTF).  RAMIREZ was taken into custody and found to be in possession of an Apple iPhone 16 Pro Max at the time of arrest.  RAMIREZ was transported to the MPD Sixth District at 5002 Hayes Street Northeast, Washington, D.C., and turned over to Detective Karane Williams-Thomas for processing.

24.     RAMIREZ was advised of his rights by Detective Williams-Thomas with the assistance of a Spanish translator and reported that he wished to waive his rights and answer questions.

25.     RAMIREZ was shown a photograph of himself and MV1 standing in her bedroom shortly after being discovered by Witness One.  RAMIREZ identified the individuals in the photograph as himself and MV1.

26.     RAMIREZ reported that he met the complainant approximately a year ago at a church when she was thirteen years old.  RAMIREZ advised that they began kissing approximately three to four months after meeting, then started having vaginal sex approximately six months after meeting.

27.     RAMIREZ advised that he had developed feelings for MV1 before finding out she was thirteen years old. He indicated that she looked seventeen to eighteen years old.  RAMIREZ indicated that he had already fallen in love with MV1 by the time he found out how old she was.

28.    RAMIREZ advised that he did not have sex with MV1 in her bedroom in DC, but stated that they had kissed and touched each other's "private parts."  RAMIREZ reported that he took MV1 from her home in Washington, D.C. and brought her to his home in Brandywine, Maryland for the purpose of having sex with her.  RAMIREZ advised that he had sex with MV1 twice in Brandywine, Maryland and that he had discussed having sex with her prior to traveling there.

29.    Your affiant reviewed the contents of the Apple iPhone 16 Pro Max recovered from RAMIREZ's person following his arrest and located a series of eight videos within the device that had been created on November 17, 2025.  Six of the videos prominently displayed RAMIREZ and MV1 taking selfie style pictures of themselves.  One of the videos displayed RAMIREZ standing behind MV1 holding her with his arms while she is standing in front of him wearing only underwear.  MV1 is covering one of her breasts with her hand and the other breast is obscured by RAMIREZ's arm.

30.    Your affiant found that the last video is twenty-six minutes and forty-five seconds long and starts with RAMIREZ setting the phone down. The video does not appear to be taken in MV1's bedroom. The phone faces RAMIREZ and MV1, who are both naked and embracing each other.  RAMIREZ moves MV1 to a mattress with no sheets and then starts penetrating her genitals with his mouth and tongue. He then penetrates MV1's vagina with his erect penis.  RAMIREZ removes his erect penis from her vagina and then penetrates tMV1's mouth with his erect penis while he penetrates her genitals with his mouth, tongue, and fingers. The video concludes with RAMIREZ appearing to stand over MV1 and ejaculate on top of her nude body.

31.    Detective Williams-Thomas was shown a screenshot from the series of videos recovered from the Apple iPhone 16 Pro Max and asked if she recognized the individuals in the

screenshot.  Detective Williams-Thomas identified the individuals as RAMIREZ and MV1.

32.     At the time the video was created, MV1 was 14 years old, and RAMIREZ was 28 years old.

## CONCLUSION

33.     For the reasons set forth above, I submit that probable cause exists to believe that between on or about November 1, 2025 and January 5, 2026, while in the District of Columbia and elsewhere, RAMIREZ committed the offense of Sexual Exploitation of a Child in violation of 18 U.S.C. § 2251(a).  I respectfully request that a criminal complaint be issued for RAMIREZ.

Respectfully submitted,

_____
Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on January 13, 2026.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE